UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

      Plaintiff,

  v.                    Case No. 22-CR-227

ERIN D. SCHWEITZER,

      Defendant.

---

## ORDER DENYING MOTION FOR PRETRIAL RELEASE

---

Defendant has filed a motion for review of detention. Because no new evidence was offered, the motion is denied. The court gave careful consideration of the relevant factors in issuing the order of detention, and defendant's motion simply reargues the evidence and factors considered by the court.

In the event the defendant believes there is a medical justification for her release, she may submit the records from the rescue squad and hospital relating to her "panic attacks" that delayed her appearance at the arraignment and renew her motion.

**SO ORDERED** at Green Bay, Wisconsin this 13th day of December, 2022.

                                          s/ William C. Griesbach
                                          William C. Griesbach
                                          United States District Judge