UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  Case No. 22-CR-227

ERIN D. SCHWEITZER, a/k/a Erin D. Martin,

    Defendant.

## ORDER DENYING MOTION TO MODIFY SENTENCE PURSUANT TO AMENDMENT 821

    On January 17, 2023, Defendant Erin D. Schweitzer entered pleas of guilty to one count of Involuntary Manslaughter and two counts of Assault Resulting in Serious Bodily Injury. The charges grew out of a collision between two motor vehicles on the Menominee Indian Reservation. The collision occurred when Schweitzer, while heavily intoxicated, crossed the centerline and struck the oncoming vehicle–almost head on. A passenger died at the scene and the driver and a remaining passenger were seriously injured as a result. Schweitzer received a total sentence of twelve years in the custody of the Bureau of Prisons. The case is now before the court on Schweitzer's motion for a modification of her sentence pursuant to Amendment 821 to the United States Sentencing Guidelines.

    Schweitzer is not entitled to relief under Amendment 821. Her criminal history category was a two, based on two prior misdemeanor convictions for possession of drugs and drug paraphernalia. She received no points as a result of any status she held. Her complaints seemed to be over the Guideline calculation, which was not challenged on appeal. Accordingly, her motion must be denied.

    **SO ORDERED** at Green Bay, Wisconsin this 22nd day of January, 2025.

                                                                               s/ William C. Griesbach
                                                                               William C. Griesbach
                                                                               United States District Judge